UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1051

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GRETCHEN ANNE DICKINSON | ) | |

Leave of court is granted for the filing of the foregoing dismissal.

9 September 2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE